[No. 8015–6–I.   Division One.   November 24, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST SOCRATES WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90432, James J. Dore, J., entered September 7, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 7401–5–I.   Division One.   November 24, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DANE MILLAGE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10046, Marshall Forrest, J., entered April 16, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 8033–4–I.   Division One.   November 24, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM CLYDE WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–100586–6, Thomas G. McCrea, J., entered March 26, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.